IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: BARBARA MARIE BAILEY ) | |
| ) | |
| EMC Mortgage Corporation / Bank of ) | |
| America, National Association as ) | |
| successor by merger to LaSalle Bank ) | |
| National Association, as Trustee for ) | |
| Certificateholders of Bear Stearns Asset) | |
| Backed Securities I LLC, Asset Backed- ) | |
| Certificates, Series 2005-HE12, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 09B48185 |
| ) | JUDGE Jack B. Schmetterer |
| BARBARA MARIE BAILEY, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes EMC Mortgage Corporation / Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE12, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 6, 2012:

   a. Attorney's Fees                                        $250.00
   b. Payments (4/10 – 1/12: 22 @ $2,194.94 ea)           $48,288.68
   c. Late Charges                                           $257.71
   d. Suspense                                            ($2,090.38)
   Total                                                  $46,706.01

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice EMC Mortgage Corporation / Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE12 rights to collect these amounts will be unaffected.

Respectfully Submitted,

EMC Mortgage Corporation / Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE12

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088