```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: BARBARA MARIE BAILEY                  )
                                             )
JPMorgan Chase Bank / Bank of                )
America, National Association as             )
successor by merger to LaSalle Bank          )
National Association, as Trustee for         )
Certificateholders of Bear Stearns Asset)
Backed Securities I LLC, Asset Backed-       )
Certificates, Series 2005-HE12,              )
          Creditor,                          )
                                             )
     vs.                                     ) CASE NO. 09B48185
                                             ) JUDGE Jack B. Schmetterer
BARBARA MARIE BAILEY,                        )
          Debtor                             )
```

**AMENDED RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes JPMorgan Chase Bank / Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE12, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 6, 2012:

```
   a. Attorney's Fees                                      $250.00
   b. Payments (4/10 – 1/12: 22 @ $2,194.94 ea)         $48,288.68
   c. Late Charges                                         $257.71
   d. Suspense                                          ($2,090.38)
   Total                                                $46,706.01
```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice JPMorgan Chase Bank / Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE12 rights to collect these amounts will be unaffected.

    Respectfully Submitted,

    JPMorgan Chase Bank / Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE12

    /s/Christopher M. Brown
    Christopher M. Brown
    ARDC#6271138
    Pierce and Associates, P.C.
    1 North Dearborn
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088